UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL LEE CALLEGARI,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | No. 2:22-cv-02095-DJC-EFB (PC)<br><br>ORDER |

Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 19, 2023, the Court denied Plaintiff's application for leave to proceed in forma pauperis and granted Plaintiff fourteen days within which to pay the $402 filing fee for this action. (ECF No. 15.) Plaintiff was warned that failure to pay the filing fee within fourteen days would result in the dismissal of this action. (*Id.*) Plaintiff has not paid the fee.

///

///

///

Accordingly, IT IS ORDERED that this action is DISMISSED.

IT IS SO ORDERED.

Dated:   **May 19, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE